MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

FILED
FEB 28 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARMANDO CASTILLO, <br><br> Defendant. | CASE NO. 1:18 MJ 00035 EPG <br><br> **UNDER SEAL** <br><br> ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal,

IT IS HEREBY ORDERED that the government's Complaint, Arrest Warrant, and Government's Request to Seal and this Order shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Complaint serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional

///

///

///

1 | alternatives to sealing the Government's Complaint and Arrst Warrant that would adequately protect the
2 | compelling interests identified by the Government.

Dated: 2/27/18

THE HONORABLE ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE