BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

MAR 1 2 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>ARMANDO CASTILLO<br><br>              Defendant. | CASE NO. 1:18-MJ-00035 EPG<br><br>ORDER TO UNSEAL COMPLAINT |

This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

   IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED: March 12, 2018

_____
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2