

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 18-CR-00061-LJO-SKO |
| vs. | |
| ARMANDO CASTILLO, | **ORDER ON MOTION TO SUBSTITUTE ATTORNEY** |
| Defendant. | |

IT IS ORDERED that the Motion to Substitute Attorney be GRANTED. Defendant hereby substitutes TODD J. HILTS to act as his attorney of record, in the above-captioned case on file herein. The current attorney is now relieved of all duties in this case, including trial and appeal.

Dated: 3/26/18

U.S. DISTRICT COURT JUDGE
Magistrate Judge