IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00061-001 LJO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ARMANDO CASTILLO, | |
| Defendant. | |

The parties' joint request to continue Defendant ARMANDO CASTILLO's date for sentencing from August 5, 2019 at 9:00 a.m. to October 21, 2019 at 9:00 a.m. IS GRANTED.

The following deadlines reference to the Presentence Report are also hereby set:

The proposed Presentence Report shall be disclosed to counsel no later than September 9, 2019;

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than September 23, 2019;

The Presentence Report shall be filed with the Court and disclosed to counsel no later than September 30, 2019;

Motion for Correction of the Presentence Report shall be filed with the Court and served on Probation Officer and opposing counsel no later than October 7, 2019; and

Reply, or Statement of Non-Opposition no later than October 14, 2019.

IT IS SO ORDERED.

Dated: **July 29, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE