UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-CR-00061-ADA-SKO |
| Plaintiff, | ORDER |
| vs. | |
| ARMANDO CASTILLO, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond be Exonerated and the following real property, located at 1319 Sidonia Street, Hanford, CA 93230, be released and reconveyed to Jose Armando Castillo and Maria G. Castillo. Document No.1805379 in the Official Records of Kings County.

IT IS SO ORDERED.

Dated: 9/30/2022

*Sheila K. Oberto*

U.S. MAGISTRATE JUDGE